# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (A.G.),<br><br>Plaintiff,<br><br>v.<br><br>JONATHON JOSHUA OLMOS, et al.,<br><br>Defendants. | Case No. 1:25-cv-00896-JLT-SAB<br><br>ORDER RE STIPULATION OF TIME FOR DEFENDANT CDCR TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 5) |

Before the Court is the parties' stipulation for a thirty day extension of time in which Defendant CDCR may respond to Plaintiff's complaint. (ECF No. 31.) For good cause shown, the Court hereby approves the stipulation. Defendant shall file and serve its response to Plaintiffs' first amended complaint **no later than August 28, 2025**.

IT IS SO ORDERED.

Dated: **July 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1