# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE A.G., <br><br> Plaintiff, <br><br> v. <br><br> JONATHON JOSHUA OLMOS, et al., <br><br> Defendants. | Case No. 1:25-cv-00896-JLT-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND CALIFORNIA PRISON INDUSTRY AUTHORITY <br><br> (ECF No. 10) |

On August 21, 2025, Plaintiff filed a notice of voluntary dismissal of the action without prejudice as to Defendants California Department of Corrections and Rehabilitation, and California Prison Industry Authority, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).

In this action, neither of these defendants have filed an answer, other responsive pleading, or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to TERMINATE Defendants California Department of Corrections and Rehabilitation, and California Prison Industry Authority in this action.

IT IS SO ORDERED.

Dated: **August 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge