# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE A.G.,<br>Plaintiff,<br>v.<br>JONATHON JOSHUA OLMOS, et al.,<br>Defendants. | Case No. 1:25-cv-00896-JLT-SAB<br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br>(ECF No. 19) |

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. (ECF No. 19.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the non-expert discovery deadline is continued to **December 29, 2026**. The scheduling order (ECF No. 16) is HEREBY modified.

IT IS SO ORDERED.

Dated: **October 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge