# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JANE DOE A.G.,

Plaintiff,

v.

JONATHON JOSHUA OLMOS, et al.,

Defendants.

Case No. 1:25-cv-00896-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 21)

**JANUARY 29, 2027 DEADLINE**

On November 10, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached. (ECF No. 17.) Instead of providing a date by which to file dispositional documents, the parties instead ask the Court to set a status conference in January or February 2027. The Court DECLINES this request and will set a deadline for the filing of dispositional documents. Alternatively, the parties may file a joint status report by this deadline informing the Court of the progress of the settlement and requesting an extension of the deadline for filing dispositional documents supported by good cause.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than January 29, 2027. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge